IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

**ERIC D. PAYNE,**

        **Plaintiff,**

v.                                                              Case 2:22-cv-02828-TLP-cgc

**KROGER LIMITED PARTNERSHIP I,**

        **Defendant.**

---

### REPORT AND RECOMMENDATION ON
### PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

---

Before the Court is Plaintiff Eric D. Payne's ("Plaintiff") Motion for Summary Judgment filed pursuant to Rule 56 of the Federal Rules of Civil Procedure ("FRCP"). (Docket Entry ("D.E.") # 30). Pursuant to Administrative Order 2013-05, the instant motion has been referred to the United States Magistrate Judge for Report and Recommendation. For the reasons set forth herein, it is RECOMMENDED that Plaintiff's Motion for Summary Judgment be DENIED without prejudice.

On June 8, 2023, Plaintiff filed his Motion for Summary Judgment pursuant to Rule 56 of the FRCP. Plaintiff's Motion fails to meet both the standards set forth in Rule 56 of the FRCP and Local Rule 56.1.[1] Specifically, Plaintiff fails to provide the Court with a separate, concise statement of material facts to which he contends there is no genuine issue for trial. *See* LR 56.1(a).

---

[1] The Local Rules for the Western District of Tennessee are available online at tnwd.uscourts.gov/pdf/content/LocalRules.pdf

He also does not set forth each fact in a separate, numbered paragraph with a citation to the record, *id.*; Fed. R. Civ. P. 56(c)(1), and has provided no exhibits in support of his motion.

Accordingly, it is **RECOMMENDED** that Plaintiff's Motion for Summary Judgment be **DENIED** without prejudice for failure to comply with Rule 56 of the FRCP and Local Rule 56.1.

**SIGNED** this 25th day of July, 2023.

s/ Charmiane G. Claxton
CHARMIANE G. CLAXTON
UNITED STATES MAGISTRATE JUDGE

**ANY OBJECTIONS OR EXCEPTIONS TO THIS REPORT MUST BE FILED WITHIN FOURTEEN (14) DAYS AFTER BEING SERVED WITH A COPY OF THE REPORT. 28 U.S.C. § 636(b)(1)(C). FAILURE TO FILE THEM WITHIN FOURTEEN (14) DAYS MAY CONSTITUTE A WAIVER OF OBJECTIONS, EXCEPTIONS, AND ANY FURTHER APPEAL.**